UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICIA CURRY,  Case No.: 1:16-cv-01382

    Plaintiff,  Honorable Robert J. Jonker

v.

KALAMAZOO PUBLIC SCHOOL
SYSTEM and RODNEY PREWITT,
in his individual and official capacity,

    Defendants.
_____/

| | |
|---|---|
| Ben M. Gonek (P43716)<br>GONEK LAW<br>Attorneys for Plaintiff<br>500 Griswold Street, Ste 2450<br>Detroit, MI 48226<br>(313) 963-3377/Fax (313) 963-9310<br>ben@goneklaw.com | Craig R. Noland (P30717)<br>Amanda M. Zdarsky (P81443)<br>McGRAW MORRIS P.C.<br>Attorneys for Kalamazoo Public Schools<br>300 Ottawa Avenue, N.W., Suite 820<br>Grand Rapids, MI 49503<br>(616) 288-3700/Fax (616) 214-7712<br>cnoland@mcgrawmorris.com<br>azdarsky@mcgrawmorris.com |
| Joel B. Sklar (P38338)<br>LAW OFFICES OF JOEL B. SKLAR<br>Attorneys for Plaintiff<br>500 Griswold Street, Ste 2450<br>Detroit, MI 48226<br>(313) 963-4529<br>joel@joelbsklarlaw.com | Karl W. Butterer, Jr. (P51448)<br>FOSTER SWIFT COLLINS & SMITH PC<br>Attorney for Defendant Rodney Prewitt<br>1700 E. Beltline Avenue NE, Ste 200<br>Grand Rapids, MI 49525<br>(616) 726-2212<br>kbutterer@fosterswift.com |

**STIPULATION WITH PROPOSED ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT COSTS**

The parties, through counsel, hereby stipulate and agree that Plaintiff's Complaint against Defendants be dismissed with prejudice and without costs, in accordance with an agreement placed on the record (ECF 142). Specifically, the parties stipulate to the entry of the attached proposed Order.

**IT IS SO STIPULATED:**

s/ Joel B. Sklar          s/ Craig R. Noland         s/ Karl W. Butterer, Jr.
Joel B. Sklar (P38338)     Craig R. Noland (P30717)    Karl W. Butterer, Jr. (P51448)
Attorney for Plaintiff        Attorney for Defendant KPS  Attorney for Defendant Prewitt

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICIA CURRY,  Case No.: 1:16-cv-01382

    Plaintiff,  Honorable Robert J. Jonker

v.

KALAMAZOO PUBLIC SCHOOL
SYSTEM and RODNEY PREWITT,
in his individual and official capacity,

    Defendants.
_____/

**ORDER OF DISMISSAL OF PLAINTIFF'S COMPLIANT
WITH PREJUDICE AND WITHOUT COSTS**

In accordance with the referenced agreement and stipulation of the parties, Plaintiff's Complaint against each of the Defendants is hereby DISMISSED with prejudice and without costs, with the Court retaining jurisdiction only if needed to enforce the agreement.

    **IT IS SO ORDERED.**

                                     Honorable Robert J. Jonker