UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICIA CURRY,

    Plaintiff,

v.

KALAMAZOO PUBLIC SCHOOL
SYSTEM and RODNEY PREWITT,
in his individual and official capacity,

    Defendants.
_____/

Case No.: 1:16-cv-01382

Honorable Robert J. Jonker

## ORDER OF DISMISSAL OF PLAINTIFF'S COMPLIANT
## WITH PREJUDICE AND WITHOUT COSTS

In accordance with the referenced agreement and stipulation of the parties, Plaintiff's Complaint against each of the Defendants is hereby DISMISSED with prejudice and without costs, with the Court retaining jurisdiction only if needed to enforce the agreement.

**IT IS SO ORDERED.**

Dated: August 8, 2018

/s/ Robert J. Jonker
Honorable Robert J. Jonker